MDL 1413
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
APR 30 2003
FILED
CLERK'S OFFICE

RECEIVED
WILLIAM T. WALSH, CLERK
2003 APR -9 A 10: 44

FILED
APR 9 2003
AT 8:30 ___ M
WILLIAM T. WALSH
CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# NEWARK VICINAGE

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRISTOL-MYERS SQUIBB CO., et al., <br><br> Defendants. | Civil Action No. 03-cv-1020 (WHW) <br><br> **STIPULATION AND ORDER OF REMAND** |

**WHEREAS**, the Court has entered an order remanding the action entitled <u>Anthem, Inc., et al. v. Bristol-Myers Squibb Co., et al.</u>, No. 03-cv-0008 (WHW), which is indistinguishable from the above-captioned matter for purposes of jurisdictional analysis, to the New Jersey Superior Court for Middlesex County, plaintiffs, The Guardian Life Insurance Company of America, Inc. and Mutual of Omaha Insurance Company, and defendants, Bristol-Myers Squibb Company, Watson Pharmaceuticals, Inc., Watson Pharma, Inc., and Danbury Pharmacal, by their respective attorneys, hereby stipulate as follows:

1. That, pursuant to 28 U.S.C. § 1447, the above-captioned action should be remanded to the New Jersey Superior Court for Middlesex County.

2. That the Clerk of Court should furnish the Clerk of the New Jersey Superior Court for Middlesex County with a certified copy of this Order.

PLEADING NO. 60

MDL- 1413
RECOMMENDED ACTION
VACATE CTO-5
Approved/Date: MJB 4/30/03

IMAGED APR 30 '03

ENTERED ON THE DOCKET
APR 11 2003
WILLIAM T. WALSH, CLERK
By _____ (Deputy Clerk)

OFFICIAL FILE COPY

**IT IS SO ORDERED.**

_____
WILLIAM H. WALLS, U.S.D.J.

Dated: April 8, 2003.


| | |
|---|---|
| ARCHER & GREINER<br>A Professional Corporation<br>Attorneys for Plaintiffs<br><br>By: _____<br>Steven J. Fram (SF-1761)<br>Joseph A. Martin (JM-2110) | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>Attorneys for Defendants<br><br>By: _____<br>Michael A. Tanenbaum (MT-4403) |

1188996v1