JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 3 0 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 1413

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE BUSPIRONE ANTITRUST LITIGATION

*The Guardian Life Insurance Co. of America, et al. v. Bristol-Myers Squibb Co., et al.,*
D. New Jersey, C.A. No. 2:03-1020

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Guardian*) on April 4, 2003. In the absence of any opposition, the conditional transfer order was finalized with respect to *Guardian* on April 22, 2003. The Panel has now been advised, however, that *Guardian* was remanded to the Superior Court of New Jersey, Middlesex County, by the Honorable William H. Walls in an order entered on April 11, 2003.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-5" filed on April 4, 2003, is VACATED.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

IMAGED APR 30 '03    OFFICIAL FILE COPY